**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01326-CV

## CHARLA LOGSDON, Appellant

## V.

## FREDDIE CROSS, Appellee

**On Appeal from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-00705-2013**

## ORDER

We **GRANT** the December 8, 2014 motion of Kathy Bounds, Official Court Reporter for the 417th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed by **DECEMBER 22, 2014**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE